| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Goodwin, Charles B. | 2. Court or Organization U.S. District Court for the Western District of Oklahoma | 3. Date of Report 07/18/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Magistrate Judge | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |
| 7. Chambers or Office Address 200 NW 4th Street, Room 1305 Oklahoma City, OK 73102 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 07/18/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 07/18/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 07/18/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Allegiance Credit Union | A | Interest | M | T | | | | | |
| 2. Brokerage Account #1 (H) | | | | | | | | | |
| 3. -Merrill Lynch Cash Account See Part VIII | A | Interest | L | T | | | | | |
| 4. Brokerage Account #2 (H) | | | | | | | | | |
| 5. -Merrill Lynch Cash Account | A | Interest | K | T | | | | | |
| 6. -SX5E Stepup Issuer HSBC MLZON | A | Dividend | K | T | | | | | |
| 7. -Fidelity Advisor New FNIAX | A | Dividend | L | T | | | | | |
| 8. -Franklin Cust Fd FKINX | B | Dividend | K | T | | | | | |
| 9. -Putnam Capital Spectrum PVSAX | A | Dividend | L | T | | | | | |
| 10. -Victory Floating Rate Fund RSFLX | B | Dividend | K | T | | | | | |
| 11. Brokerage Account #3 (H) | | | | | | | | | |
| 12. Merrill Lynch Cash Account | A | Interest | J | T | | | | | |
| 13. -Blackstone Alt Multi BXMIX | A | Dividend | J | T | | | | | |
| 14. -Consumer Discretionary XLY | A | Dividend | J | T | Buy (add'l) | 02/16/16 | J | | |
| 15. -Health Care Select SPDR XLV | A | Dividend | J | T | | | | | |
| 16. -Highland Global HCOYX | A | Dividend | J | T | Buy (add'l) | 8/24/16 | J | | |
| 17. -IShares IBoxx LQD | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 07/18/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -IShares IBoxx High Yeild HYG | A | Dividend | J | T | Buy | 06/22/16 | J | | |
| 19. -IShares Inc Core MSCI IEMG | A | Dividend | J | T | Buy (add'l) | 05/19/16 | J | | |
| 20. -IShares MBS ETF MBB | A | Dividend | J | T | | | | | |
| 21. -IShares MSCI EAFE EFA | A | Dividend | K | T | Buy (add'l) | 01/25/16 | J | | |
| 22. | | | | | Sold (part) | 05/18/16 | J | A | |
| 23. -IShares Tips TIP | A | Dividend | J | T | Buy (add'l) | 06/22/16 | J | | |
| 24. -IShares 3-7 Year IEI | A | Dividend | J | T | Buy (add'l) | 06/22/16 | J | | |
| 25. -Vaneck Vectors J.P. EMLC "f/k/a Marketing Vectores Emrg Mkts EMLC" | A | Dividend | J | T | | | | | |
| 26. -Materials Select Sector XLB | A | Dividend | J | T | | | | | |
| 27. -Powershares EM Sovereign PCY "f/k/a Powershares Gobal PCY" | A | Dividend | J | T | Buy (add'l) | 06/22/16 | J | | |
| 28. -Powershares Preferred PGX | A | Dividend | J | T | | | | | |
| 29. -Real Estate Select XLRE | | | | | Buy | 09/23/16 | J | | |
| 30. -Sector SPDR Consmrs STPL XLP | A | Dividend | J | T | | | | | |
| 31. -Sector SPDR Energy XLE | A | Dividend | J | T | Sold (part) | 02/16/16 | J | A | |
| 32. | | | | | Buy (add'l) | 09/23/16 | J | | |
| 33. -Sector SPDR Industrial XLI | A | Dividend | J | T | | | | | |
| 34. -Sector SPDR Utilites XLU | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 07/18/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -SPDR Barclays JNK | A | Dividend | | | Sold | 06/22/16 | J | A | |
| 36. -SPDR S&P Insurance KIE | A | Dividend | J | T | Buy | 05/18/16 | J | | |
| 37. -Vanguard Financials ETF VFH | A | Dividend | K | T | Sold (part) | 05/18/16 | J | A | |
| 38. | | | | | Sold (part) | 09/23/16 | J | A | |
| 39. -Vanguard Information VGT | A | Dividend | J | T | Buy (add'l) | 01/25/16 | J | | |
| 40. -Vanguard Intermediate BIV | A | Dividend | J | T | Buy (add'l) | 06/22/16 | J | | |
| 41. -Vanguard Short Term Bond BSV | A | Dividend | J | T | Sold (part) | 06/22/16 | J | A | |
| 42. -Vanguard Telecomm Srvcs VOX | A | Dividend | J | T | | | | | |
| 43. First Oklahoma Investments LLC | B | Distribution | J | U | | | | | |
| 44. Third Oklahoma Investments LLC | A | Distribution | J | U | | | | | |
| 45. Avenue F LLC | C | Distribution | J | U | | | | | |
| 46. Redrock Canyon-Grill Southlake, LLC | A | Distribution | K | U | | | | | |
| 47. IRA Account #1 (H) | | | | | | | | | |
| 48. -Merrill Lynch Cash Account | A | Interest | L | T | | | | | |
| 49. -Putnam Capital Spectrum PVSAX | A | Dividend | K | T | | | | | |
| 50. -Thornburg Income Builder TIBAX | B | Dividend | K | T | | | | | |
| 51. -Fidelity Advisor New FNIAX | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 07/18/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Virtus Allocator Premium VAAX | A | Dividend | K | T | | | | | |
| 53. IRA Account #2 (H) | | | | | | | | | |
| 54. -Merrill Lynch Cash Account | A | Interest | J | T | | | | | |
| 55. -Alps Alerian MLP ETF AMLP | A | Dividend | J | T | | | | | |
| 56. -Blackstone Alt Multi BXMIX | A | Dividend | J | T | | | | | |
| 57. -IShares Iboxx LQD | A | Dividend | J | T | | | | | |
| 58. -IShares Iboxx High Yeild HYG | A | Dividend | J | T | Buy | 06/22/16 | J | | |
| 59. -IShares Inc Core MSCI IEMG | A | Dividend | J | T | Buy (add'l) | 05/19/16 | J | | |
| 60. -IShares MBS ETF MBB | A | Dividend | J | T | | | | | |
| 61. -IShares MSCI CDA ETF EWC | A | Dividend | J | T | | | | | |
| 62. -IShares MSCI Pacific EPP | A | Dividend | J | T | Buy (add'l) | 07/25/16 | J | | |
| 63. -IShares MSCI Sweden EWD | A | Dividend | J | T | | | | | |
| 64. -IShares MSCI Japan EWJ | A | Dividend | J | T | Buy | 02/16/16 | J | | |
| 65. -IShares MSCI Switzerland EWL | A | Dividend | J | T | | | | | |
| 66. -IShares MSCI U K EWU | A | Dividend | J | T | Sold (part) | 05/18/16 | J | A | |
| 67. -IShares Tips TIP | A | Dividend | J | T | | | | | |
| 68. -IShares 3-7 Year IEI | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 07/18/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Vaneck Vectores J.P. EMLC | A | Dividend | J | T | | | | | |
| 70. -Powershares EM Sovereign PCY | A | Dividend | J | T | | | | | |
| 71. -Powershares Preferred PGX | A | Dividend | J | T | | | | | |
| 72. -SPDR Barclays JNK | A | Dividend | | | Sold | 06/22/16 | J | A | |
| 73. -Vanguard Growth ETF VUG | A | Dividend | K | T | Sold (part) | 05/18/16 | J | A | |
| 74. | | | | | Sold (part) | 06/22/16 | J | A | |
| 75. -Vanguard Intermediate BIV | A | Dividend | J | T | | | | | |
| 76. -Vangurard Short Term Bond BSV | A | Dividend | J | T | Sold (part) | 06/22/16 | J | A | |
| 77. -Vanguard Small Cap VBK | A | Dividend | J | T | Sold (part) | 05/18/16 | J | A | |
| 78. | | | | | Buy (add'l) | 06/22/16 | J | | |
| 79. -Vanguard Small Cap Value VBR | A | Dividend | J | T | Buy (add'l) | 05/18/16 | J | | |
| 80. -Vanguard Value ETF VTV | B | Dividend | L | T | Buy (add'l) | 05/18/16 | J | | |
| 81. -Wisdomtree Europe Hedged HEDJ | A | Dividend | J | T | Sold (part) | 07/25/16 | J | A | |
| 82. -Wisdomtree Trust Japan DXJ | A | Dividend | | | Sold (part) | 02/16/16 | J | A | |
| 83. | | | | | Sold | 05/18/16 | J | A | |
| 84. HSA Bank F/K/A JP M C B, NA HSA Service Center 2014 | A | Interest | K | T | | | | | |
| 85. Trust #1 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 07/18/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -Bank of America, NA | A | Interest | M | T | | | | | |
| 87.  -Trust Brokerage Account #1 (H) | | | | | | | | | |
| 88.  --Money Market FDS IN VT | A | Interest | J | T | | | | | |
| 89.  --Afs International Grw IGFFX | A | Dividend | J | T | Buy | 06/17/16 | J | | |
| 90.  --Bridge Builder Core Plus BBCPX | A | Dividend | J | T | Buy | 06/17/16 | J | | |
| 91.  --Bridge Builder Large Value BBVLX | A | Dividend | J | T | | | | | |
| 92.  --Bridge Builder Large Growth BBGLX | A | Dividend | J | T | | | | | |
| 93.  --Bridge Builder Smallmid Value BBVSX | A | Dividend | J | T | | | | | |
| 94.  --Bridge Builder Smallmid Growth BBGSX | A | Dividend | J | T | | | | | |
| 95.  --Bridge Builder INTL Equity BBIEX | A | Dividend | J | T | | | | | |
| 96.  --Dodge & Cox Stock DODGX | A | Dividend | J | T | | | | | |
| 97.  --JP Morgan Mid Cap Value JBMCX | A | Dividend | J | T | | | | | |
| 98.  --Fundamental Investors Fund F2 FINFX | A | Dividend | J | T | Sold (part) | 06/17/16 | J | A | |
| 99.  --Harbor International HAINX | A | Dividend | J | T | Buy (add'l) | 06/17/16 | J | | |
| 100.  --Loomis Sayles Inv Grade BD LIGRX | A | Dividend | J | T | Sold | 06/17/16 | J | A | |
| 101.  --MFS Intl New Discovery MIDAX | A | Dividend | J | T | | | | | |
| 102.  --MFS Value MEIAX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 07/18/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Mutual Global Discovery Cl Z MDISX | A | Dividend | | | Sold | 06/17/16 | J | A | |
| 104. --Prudential Jenn Mid Cap Gr PEEAX | A | Dividend | J | T | | | | | |
| 105. --T Rowe Price Blue Chip Gr TRBCX | A | Dividend | J | T | Sold (part) | 06/17/16 | J | B | |
| 106. --JP Morgan High Yield OHYAX | A | Dividend | J | T | | | | | |
| 107. --JP Morgan US Govt Mmf OGVXX | A | Dividend | J | T | Buy | 05/11/16 | J | | |
| 108. --Metropolitan West TTL Ret BD MWTRX | A | Dividend | J | T | | | | | |
| 109. --Pimco Total Return Fund PTUZX | A | Dividend | J | T | | | | | |
| 110. --T. Rowe Price Intl BD RPIBX | A | Dividend | J | T | | | | | |
| 111. --Bridge Builder Core Bond Fund BBTBX | A | Dividend | J | T | | | | | |
| 112. --JP Morgan Fed Mon Mkt VFVXXX | A | Dividend | | | Sold | 05/11/16 | J | A | |
| 113. --Loomis SayleS Global Bond LSGLX | A | Dividend | | | Sold | 06/17/16 | J | A | |
| 114. --Oppenheimer Main Street MSIGX | A | Dividend | J | T | | | | | |
| 115. --T. Rowe Price Intl Stock PRITX | A | Dividend | J | T | | | | | |
| 116. --Victory Integrity Small Value VSCVX | A | Dividend | J | T | Buy | 06/17/16 | J | | |
| 117. -Trust Royalty Mineral Leases (H) | | | | | | | | | |
| 118. --Chaparral Energy LLC | F | Royalty | O | W | | | | | |
| 119. --Fractal Oil and Gas Co | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 07/18/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --L.E. Jones Operating Inc. | B | Royalty | L | W | | | | | |
| 121. --Enerwest Trading Co. | B | Royalty | K | W | | | | | |
| 122. --Plains Marketing LP | C | Royalty | L | W | | | | | |
| 123. --Unimark LLC | | None | J | W | | | | | |
| 124. --Sunoco LP | A | Royalty | J | W | | | | | |
| 125. --DCP Midstream Partners | A | Royalty | J | W | | | | | |
| 126. --High Sierra Crude Oil LLC | | None | J | W | | | | | |
| 127. --QEP Energy Inc. | | None | J | W | | | | | |
| 128. --XTO Inc | | None | J | W | | | | | |
| 129. --Red Rocks Oil & Gas LLC | B | Royalty | L | W | | | | | |
| 130. --Scissortail Energy LLC | B | Royalty | K | W | | | | | |
| 131. --Atlas LP | | None | L | W | | | | | |
| 132. --Citation Corp. | D | Royalty | L | W | | | | | |
| 133. --Enterprise Partners | | None | L | W | | | | | |
| 134. --M.E. Klein & Assoc P.C. | A | Royalty | J | W | | | | | |
| 135. --Five States LLC | B | Royalty | K | W | | | | | |
| 136. --American Inc. | | None | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 07/18/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Mewborne Co | | None | J | W | | | | | |
| 138. --Chesapeake Corp. | | None | J | W | | | | | |
| 139. --NGL Energy Partners LP | A | Royalty | K | W | | | | | |
| 140. --Marathon Oil Co | | None | L | W | | | | | |
| 141. --Merit Energy | A | Royalty | J | W | | | | | |
| 142. --Targa | C | Royalty | L | W | | | | | |
| 143. --Vitol | D | Royalty | L | W | | | | | |
| 144. --Unit Petroleum See Part VIII | D | Royalty | L | W | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 3 was previously listed as Treasuries. The Treasuries were sold on May 15, 2013 for the current value code and previous reports inadvertently continued to list it as Treasuries instead of cash.

Line 6 is a call option that was purchased and did not generate income in the reporting period.

Lines 43-46 are all LLC's that are partnerships that invest in different restaurants in Oklahoma and Arkansas.

The oil and gas company on line 144 is a new company that is participating in existing mineral interest.

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 07/18/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles B. Goodwin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544